```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| EUROBANK, | * |
| | * |
|     Plaintiff | * |
| | *  CIVIL NO. 06-1970 (JP) |
| v. | * |
| | * |
| M/V SEA GATE V, et. al., | * |
| | * |
|     Defendants | * |
| | * |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered this same date, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the case.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of November, 2006.

                                              s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                        U.S. SENIOR DISTRICT JUDGE